THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **VICTOR CHRISTINA CALDERON-GUTIERREZ,**<br><br> Plaintiff<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br><br>**Defendant** | **Civ. No. 20-1304 (ADC)** |

## ORDER

Parties are to submit a Joint Proposed Initial Scheduling Memorandum, which must include the parties factual and legal background and theories of the case. Witnesses are to be identified and a concise but clear summary of their testimony must be provided as required by the Federal Rules of Civil Procedure. The Memorandum and Schedule must also include proposed times in which to do, inter alia, the following:

- conclude all discovery;
- file dispositive motions;
- hold status, settlement and pre-trial conferences;
- amend or add parties; and
- recommend dates in which to hold trial.

The Court trusts that, in proposing the above deadlines, the parties will work "to secure the just, speedy, and inexpensive determination of [the] action." Fed. R. Civ. P. 1. The Court reminds the parties to in good faith, address discovery disputes and settlement options.

Throughout this action, the parties must immediately inform the Court of any pending or contemplated litigation that is related, even if the other litigation involves different parties and/or counsel. Failure to comply with this Order may result in sanctions. Neither the filing of a dispositive motion, nor settlement discussions, will suspend the directives in this Order.

The parties are granted until **August 16, 2022 to comply**. Failure to comply with this Order may result in sanctions. In addition, the parties are granted until **August 16, 2022,** to state whether they consent to the trial jurisdiction of a U.S. Magistrate Judge. *See* Fed. R. Civ. P. 73; 28 U.S.C. § 636(c).

**SO ORDERED**.

At San Juan, Puerto Rico, on this 1st day of August, 2022.

S/AIDA M. DELGADO-COLÓN
**United States District Judge**